UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALL POINTS CAPITAL CORPORATION,

Plaintiff

-against-

DOUBLE EXPOSURE STUDIOS, LLC ET AL.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _10/16/09_

09 Civ. 7919 (RJH)

**ORDER**

 

The Court has received a request from defendant Double Exposure

Studios, LLC ("Double Exposure") for a pre-motion conference in connection with

Double Exposure's request to transfer the above-captioned case to the United States

Bankruptcy Court for the Southern District of New York. As counsel to Double

Exposure has informed the Court that the plaintiff in this action consents to such a

transfer, it is hereby ordered that a pre-motion conference will not be required and that

this action is transferred to the United States Bankruptcy Court for the Southern District

of New York. *See* 28 U.S.C.A. §§ 157(a), (c)(2).

SO ORDERED.

Dated: New York, New York
     October **15** 2009.

Richard J. Holwell
United States District Judge